

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00384-CR

ROBERT CUTLER                                                      APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

------------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

------------

### MEMORANDUM OPINION[1]

----------

Appellant Robert Cutler filed a notice of appeal in which he "moves this honorable court to set a time and date to hear petitioner's motion."  Cutler's file shows that he filed a "Motion For Bond Hearing" in the trial court on the same day that he filed the notice of appeal.  On September 20, 2010, we notified Cutler of our concern that we lacked jurisdiction over this appeal because the trial court has not entered any appealable orders and informed him that we would dismiss the appeal for want of jurisdiction unless he or any party desiring to continue the

---

[1]*See* Tex. R. App. P. 47.4.

appeal filed a response showing grounds for continuing the appeal. We have not received a response. Because we generally have jurisdiction to consider an appeal in a criminal case only when there has been a judgment of conviction, and because the trial court has not entered an appealable order, we dismiss the appeal for want of jurisdiction. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 18, 2010